IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Nadeem Ansari, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 0:09-cv-01514-MJP-PJG |
| | ) | |
| v. | ) | |
| | ) | **CONSENT ORDER** |
| | ) | |
| CitiFinancial, Inc, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FOR GOOD CAUSE SHOWN, and with the consent of the Parties, it is hereby Ordered that Defendant's Motion to Dismiss Action and to Compel Arbitration pursuant to Rules 12(b)(1) and/or (6) of Federal Rules of Civil Procedure is hereby GRANTED, and that this Action is hereby dismissed as it is subject to arbitration.

_____
Paige J. Gossett
United States Magistrate Judge

September 18, 2009
Columbia, South Carolina

[CONSENT SIGNATURES ON FOLLOWING PAGE]

CONSENTED TO:

/s/ Ben Mabry_____
CROMER & MABRY
Benjamin M. Mabry (3487)
300 Candi Lane
Columbia, South Carolina 29201
Telephone: (803) 799-9530
Facsimile: (803) 239-0210

*Attorneys for Plaintiff*


/s/D. Michael Henthorne\_\_\_\_\_
D. Michael Henthorne
Federal ID No. 6386
LITTLER MENDELSON, P.C.
1201 Main Street, Suite 1930
Columbia, South Carolina 29201
Telephone:  803-231-2414
Facsimile:  803-753-9875
E-Mail:  mhenthorne@littler.com

*Attorneys for Defendant*